# Court of Appeals
# of the State of Georgia

ATLANTA, June 27, 2018

*The Court of Appeals hereby passes the following order*

**A18I0226. GEORGE D. WINDSOR et al. v. CIT BANK, N.A..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SU16CV2974



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, June 27, 2018.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*